IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY LOVEJOY | : | CIVIL ACTION |
| vs. | : | |
| PENNCRO ASSOCIATES, INC. | : | NO. 08-cv-709 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, TIMOTHY LOVEJOY, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: */s/ Carol L. Vassallo*
Carol L. Vassallo, Esquire
Attorney for Plaintiff
Attorney I.D. #45372
Warren, Vullings & Vassallo, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800