IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY LOVEJOY** | : | CIVIL ACTION |
| | : | |
| | : | |
| vs. | : | |
| | : | NO. 08-709 |
| **PENNCRO ASSOCIATES, INC.** | : | |

### O R D E R

**AND NOW,** this 17th day of June, 2008, counsel for plaintiff having filed a Notice of Dismissal on June 16, 2008 (Document No. 9), upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs

BY THE COURT:


/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.